James P. Watson, SBN 46127
Bruce K. Leigh, SBN 129753
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, 5th Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515

Attorneys for Plaintiffs
LARRY TOTTEN as CHAIRMAN and
JOSE MORENO as CO-CHAIRMAN of the
BOARDS OF TRUSTEES OF THE
LABORERS TRUST FUNDS OF
NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN as CHAIRMAN and JOSE MORENO as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND OF NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>R.G. CONSTRUCTION, a business entity; and RUDY E. GONZALEZ, an individual,<br><br>Defendants. | Case No. 3:02cv4599 JSW<br><br>~~PROPOSED~~ CASE MANAGEMENT ORDER<br><br>Date: June 3, 2005<br>Time: 1:30 p.m.<br>Place: U.S. District Court, San Francisco<br>Court: Courtroom 17, 16th floor.<br>Judge: Jeffrey S. White |

The Joint Case Management Conference Statement filed herein on or about May 27, 2005, is hereby adopted by the Court as its Case Management Order for the case and the parties are ordered to comply with this Order.

Defendants shall file their motion for stay of the action herein on or before June 10, 2005, at their choosing with Plaintiffs' stipulation. By the same date defendants shall file their motion to join the Union as a defendant or file a separate but related action against the Union for the purpose of seeking a

-1-

~~PROPOSED~~ CASE MANAGEMENT ORDER

declaratory judgment whether the collective bargaining agreements at issue herein were terminated.

The discovery and trial calendars in this action shall be stayed pending defendants' filing of its motion and/or further action, as indicated above.

The Court orders that a further Case Management Conference shall be calendared for __October 28, 2005__, at 1:30 p.m., in Courtroom 17, 16th Floor, of the Federal Courthouse, 450 Golden Gate Avenue, San Francisco, before the Honorable Jeffrey S. White, United States District Court Judge. The Case Management Conference set for June 3, 2005 at 1:30 p.m. is HEREBY VACATED.

DATED: __May 31, 2005__   /s/ Jeffrey S. White
                            _____
                            Hon. Jeffrey S. White, Judge
                            United States District Court

F:\Cases\7000\7000.0978 R.G. Construction\Pleadings\Proposed CM Order.doc

-2-

PROPOSED CASE MANAGEMENT ORDER