IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY TOTTEN, et al.,

    Plaintiffs,

v.

R.G. CONSTRUCTION, et al.,

    Defendants.

                                           /

No. C 02-04599 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On June 10, 2005, this Court granted a stipulation by the parties to stay this action pending resolution of a third part complaint. The third party complaint was filed on July 21, 2005 and the summons issued on July 26, 2005. Since that time, there has been no activity in this matter. Therefore, the Court HEREBY ORDERS the parties to submit a joint report by no later than September 30, 2005, advising the Court of the status of this matter.

**IT IS SO ORDERED.**

Dated: September 22, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE