IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOTTEN, et al.,

    Plaintiffs,

v.

R.G. CONSTRUCTION, et al.,

    Defendants.

No. C 02-04599 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

    This matter was filed on September 23, 2002. On August 8, 2006, the parties in this matter participated in a settlement conference. There has been no further activity in this case since that date. Accordingly, the parties are HEREBY ORDERED to submit a joint status report on settlement by **January 12, 2007**.

    **IT IS SO ORDERED.**

Dated: January 3, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE