IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>R.G. CONSTRUCTION and RUDY E. GONZALEZ,<br><br>        Defendants.<br>_____/ | No. C 02-04599 JSW<br><br>**ORDER SETTING STATUS CONFERENCE** |

The Court finds it appropriate to set this matter for a status conference, and accordingly, the parties are HEREBY ORDERED to appear on Friday, February 9, 2007 at 1:30 p.m. At this status conference, the parties should be prepared to address whether they should file a stipulation and order of dismissal. The stipulation may provide, should Defendants default, that the Court may retain jurisdiction and procedures by which the Court may enter judgment. Should the parties file such a stipulation in advance of the status conference date, the Court will vacate the conference and terminate the case.

**IT IS SO ORDERED.**

Dated: January 22, 2007

                                                                JEFFREY S. WHITE
                                                                UNITED STATES DISTRICT JUDGE