1  James P. Watson, SBN 46127
   Bruce K. Leigh, SBN 129753
2  STANTON, KAY & WATSON, LLP
   101 New Montgomery Street, 5th Floor
3  San Francisco, CA 94105-3612
   Telephone: 415-512-3501
4  Facsimile: 415-512-3515

5  Attorneys for Plaintiffs
   LARRY TOTTEN as CHAIRMAN and
6  JOSE MORENO as CO-CHAIRMAN of the
   BOARDS OF TRUSTEES OF THE
7  LABORERS TRUST FUNDS OF
   NORTHERN CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN as CHAIRMAN and JOSE MORENO as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND OF NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>R.G. CONSTRUCTION, a business entity; and RUDY E. GONZALEZ, an individual,<br><br>Defendants. | Case No. 3:02cv4599 JSW<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

It is hereby stipulated by and between plaintiffs, LARRY TOTTEN as CHAIRMAN and JOSE MORENO as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND OF NORTHERN CALIFORNIA, LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and defendants, R.G.

-1-

CONSTRUCTION, a business entity, and RUDY E. GONZALEZ, an individual, through their respective counsel, as follows:

1. This stipulation is entered into in connection with the settlement of this action. The Settlement Agreement And Release Of Claims, previously executed by the parties, is hereby incorporated into the Court's Order For Dismissal, and the Court shall retain jurisdiction of this action for purposes of enforcing the Settlement Agreement And Release Of Claims, including but not limited to entry of a stipulated judgment against defendants upon request of plaintiffs in case of default.

2. This action otherwise shall be dismissed with prejudice, subject to the Court's retention of jurisdiction as described in paragraph 1, above. Each party shall bear his/its own costs and attorney's fees except as reflected in the parties' Settlement Agreement And Release Of Claims.

Dated: February 7, 2007     STANTON, KAY & WATSON, LLP

     _____ /s/ Bruce K. Leigh_____
                Bruce K. Leigh., Esq.
                Attorneys for Plaintiffs

Dated: February 7, 2007     BARRUS & ROBERTS, P.C.

     ____/ss/ Gregory J. Roberts__
                Gregory J. Roberts, Esq.
                Attorneys for Defendants

**ORDER FOR DISMISSAL**

IT IS SO ORDERED.

DATED: _February 7, 2007_____     By: ___/s/ Jeffrey S. White_____
                                        Hon. Jeffrey S. White, Judge
                                        United States District Court

C:\Documents and Settings\Bruce Leigh\My Documents\SKW work\Collections\Lab Funds\7000.0978 R G Const\Stipulated_Dismissal.doc

-2-

STIPULATION AND ORDER FOR DISMISSAL                              Case No. 3:02cv4599 JSW